The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STAES OF AMERICA

V

JOSEPH WOLOSZYN

Case Number:   2:18-cr-00007-JAM

**STIPULATION AND ORDER**

**Date: February 27, 2018**
**Time: 9:15 am**
**Judge: Hon. John A. Mendez**

Plaintiff United States of America, by and through its counsel of record, and the Defendants, by and through each counsel of record, hereby stipulate as follows:

1.    Attorney Hedberg needs additional time to review discovery and need time to review it with their clients. Attorney Hedberg has recently been appointed to Mr. Woloszyn in this matter and needs further time to review the discovery and work with him. Further, Mr. Hedberg has been informed by AUSA Cameron Desmond that there is a substantial amount of discovery that is forthcoming and will be provided to Mr. Hedberg in the near future.

2. By this stipulation, the defendant now move to continue the status conference until April 3, 2018 at 9:15 am, and to exclude time between February 27, 2018, and April 3, 2018, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has provided discovery associated with this case and is continuing to provide discovery;.

b. Counsel for the defendant desires time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for these matters and to discuss potential resolutions with his client.

Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2018, to April 3, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1       4. Nothing in this stipulation and order shall preclude a finding that other provisions of

2  the Speedy Trial Act dictate that additional time periods are excludable from the period within

3  which a trial must commence.

4

5

6  IT IS SO STIPULATED

7  Respectfully submitted

8  /s/ Olaf W. Hedberg                                            /s/   Cameron Desmond

9  Olaf W. Hedberg                                               Cameron Desmond
   Attorney for Joseph Woloszyn                    Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the February 27, 2018 status conference be continued to April 3, 2018 at 9:15 a.m. I find that the ends of justice warrant an exclusion of time and that the defendants' need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (ii) and Local Code T4 from the date of this order to April 3, 2018.

IT IS SO ORDERED.

Dated: 02/15/2018

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE