The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V<br><br>JOSEPH WOLOSZYN | Case Number: 18-cr-0007 JAM<br><br>**STIPULATION AND ORDER**<br><br>**Date: September 11, 2018**<br>**Time: 9:00 am**<br>**Judge: Hon. John A. Mendez** |

      Plaintiff United States of America, by and through its counsel of record, and the Defendant Jopseph Woloszyn, by and through each counsel of record, hereby stipulate as follows:

    1.    It is anticipated that this matter will resolve by entry of plea;

    2.    By this stipulation, the defendant now moves to continue the Trial Confirmation Hearing until September 25, 2018 at 9:15 am, add the notation "Entry Of Plea" to the Court docket;

3. Time has previously been excluded until the date the matter is set for trial, Monday October 22, 2018 at 9 am

4. The government does not object to the continuance.

IT IS SO STIPULATED

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/ Cameron Desmond |
|---|---|
| Olaf W. Hedberg | Cameron Desmond |
| Attorney for Joseph Woloszyn | Assistant United States Attorney |

## **ORDER**

It is hereby ordered that the September 11, 2018 Trial Confirmation Hearing be continued to September 25, 2018 at 9:15 a.m. for entry of plea.

IT IS SO ORDERED.


Dated: 9/7/18

                                            /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE