The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JOSEPH WOLOSZYN | Case Number: 2:18-cr-00007-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

    Defendant Joseph Woloszyn and plaintiff Unites states of America hereby stipulate as follows:

1. This matter is currently set for an Admit/Deny hearing on May 18, 2021 at 9:30 am;

2. Defense Counsel needs more time to investigate this mater in order to prepare for the Admit/Deny hearing;

3. By this stipulation the parties move to continue the hearing to **June 29, 2021**, **at 9:30 am**.

    US Probation Officer Vladimir Pacjin has been consulted and has no objection to this continuance

IT IS SO STIPULATED

Dated: May 11, 2021                    PHILLIP A. TALBERT
                                       ACTING UNITES STATES ATTORNEY

                                       /s/ Cameron Desmond
                                       Cameron Desmond
                                       Assistant US Attorney


Dated: May 11, 2021                    /s/ OLAF W. HEDBERG
                                       Olaf W. Hedberg


## ORDER

IT IS SO ORDERED.

 Dated:  May 12, 2021                  /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE