The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>V.<br><br>JOSEPH WOLOSZYN | Case Number: 18-00007 JAM<br><br>**STIPULATION AND ORDER TO SET MATTER FOR CONTESTED EVIDENTIARY HEARING** |

     Defendant Joseph Woloszyn and plaintiff Unites States of America hereby stipulate as follows:

1. This matter is currently set for an Admit/Deny hearing on June 29, 2021 at 9:30 am;

2. The parties seek to set this matter for a contested evidentiary hearing, which the parties estimate will take one half of a Court day;

3. The parties have communicated with the Court clerk, who has indicated that Tuesday, August 17, 2021 is available;

4. Defense counsel currently has an investigator pursuing interviews with witnesses, and needs more time to continue to investigate;

5. By this stipulation the parties move to remove this matter from the June 29, 2021 calendar and reset it for an evidentiary hearing on August 17, 2021 at 9:30 am.

    US Probation Officer Vladimir Pacjin has been consulted and has no objection to this continuance

    IT IS SO STIPULATED

Dated: June 21, 2021                      PHILLIP A. TALBERT
                                           ACTING UNITES STATES ATTORNEY

                                             /s/ Cameron Desmond
                                             Cameron Desmond
                                             Assistant US Attorney

Dated: June 21, 2021                      /s/ OLAF W. HEDBERG
                                             Olaf W. Hedberg

## ORDER

IT IS SO ORDERED this 22nd day of June, 2021.

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE