IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH WOLOSZYN,<br><br>    Defendant. | Case №: 2:18-cr-00007 JAM<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

   The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Fay Arfa is hereby appointed effective February 10, 2022, the date the Office of the Federal Defender contacted her. The defendant was previously determined to qualify for appointed counsel.

DATED: March 3, 2022         /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE