UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 14, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH WOLOSZYN<br><br>　　　　Defendant. | Case No. 2:18-cr-00007-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOSEPH WOLOSZYN</u> Case No. <u>2:18-cr-00007-JAM</u> Charges <u>18 USC § 2583</u> from custody for the following reasons:

　　_____　　Release on Personal Recognizance

　　_____　　Bail Posted in the Sum of $ _____

　　　　_____　　Unsecured Appearance Bond $ _____

　　　　_____　　Appearance Bond with 10% Deposit

　　　　_____　　Appearance Bond with Surety

　　　　_____　　Corporate Surety Bail Bond

　　　__X__　　(Other): <u>Previously imposed Supervised Release conditions.</u>

Issued at Sacramento, California on November 14, 2023 at 2:00 PM

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE