PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00007-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER** |
| v. | |
| JOSEPH WOLOSZYN, | DATE: December 12, 2023 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Joseph Woloszyn, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on December 12, 2023.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until **January 23, 2024, at 09:00 a.m.**

3. The defendant is not in custody, and he and his counsel desire additional time to discuss resolving the alleged violations with the assigned probation officer and attorney for the government.

///

///

///

///

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING

1

4. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: December 6, 2023      PHILLIP A. TALBERT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: December 6, 2023      /s/ KELLAN PATTERSON
KELLAN PATTERSON
Counsel for Defendant
JOSEPH WOLOSZYN

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 06, 2023      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE