PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-cr-00007-JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER** |
| v. | |
| JOSEPH WOLOSZYN, | DATE: January 23, 2024 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Joseph Woloszyn, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for an admit/deny hearing on January 23, 2024.

2.      By this stipulation, the defendant now moves to continue the admit/deny hearing until **February 13, 2024, at 09:00 a.m.**

3.      The defendant is not in custody, and he and his counsel desire additional time to discuss resolving the alleged violations with the assigned probation officer and attorney for the government.

///

///

///

///

1    4.    Neither the assigned probation officer nor the attorney for the government oppose the

2    requested continuance.

3

4    IT IS SO STIPULATED.

5

6

7    Dated:  January 18, 2024                    PHILLIP A. TALBERT
                                                 United States Attorney
8

9                                                /s/ SAM STEFANKI

10                                               SAM STEFANKI
                                                 Assistant United States Attorney
11

12   Dated:  January 18, 2024                    /s/ KELLAN PATTERSON

13                                               KELLAN PATTERSON
                                                 Counsel for Defendant
14                                               JOSEPH WOLOSZYN

15

16

17                                    **ORDER**

18   IT IS SO FOUND AND ORDERED.

19

20   Dated: January 18, 2024              /s/ John A. Mendez

21                                        THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28