KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Attorney for JOSEPH WOLOSZYN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0007-JAM |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER** |
| v. | |
| JOSEPH WOLOSHYN, | DATE: February 13, 2024 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Joseph Woloszyn, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on February 13, 2024.

2. By this stipulation filed on January 18, 2024 (ECF No. 78) and signed on January, 19, 2024 (ECF No. 79), the admit/deny hearing was continued to February 13, 2024.

3. Due to an unexpected scheduling conflict, Defendant is no longer available to appear at the February 13, 2024.

4. All parties and counsels of records are available to appear for the admit/deny hearing as it was previously scheduled for January 23, 2024.

5. The defendant now moves to **revert** the admit/deny hearing to **January 23, 2024,**

1

**at 09:00 a.m.**

6. The defendant is not in custody, and he and his has adequate time to discuss resolving the alleged violations with the assigned probation officer and attorney for the government.

7. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated:  January 18, 2024                    PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ SAM STEFANKI
                                            SAM STEFANKI
                                            Assistant United States Attorney

Dated:  January 18, 2024                    /s/ KELLAN S. PATTERSON
                                            KELLAN S. PATTERSON
                                            Counsel for Defendant
                                            joseph Woloshyn

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 22, 2024                     /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE