KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
*LAW OFFICE OF KELLAN PATTERSON*
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel:  916.905.7265
Fax: 916.721.2742

Attorney for JOSEPH WOLOSZYN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH WOLOSZYN,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:18-cr-00007-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING; FINDINGS AND ORDER**<br><br>DATE: March 26, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant Joseph Woloszyn, by and through his counsel of record, hereby stipulate as follows:

　　1.　　On February 27, 2024, Defendant admitted to Charges 2 and 3 of the government's Superseding Petition for Violation of Supervised Release Conditions.

　　2.　　The court set the matter for Disposition to be heard on March 26, 2024.

　　3.　　Due to a scheduling conflict, Defendant's counsel is unavailable to appear at the March 26, 2024, hearing. Kellan Patterson will be in the state of Florida and will not return to Sacramento, California, until March 27, 2024. This scheduling conflict was a result of an oversight in Mr. Patterson's calendaring system.

　　4.　　All parties and counsels of records are available to appear for Disposition on **April 09, 2024, at 09:00 a.m.**

1

5. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: March 20, 2024               PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ SAM STEFANKI
                                    SAM STEFANKI
                                    Assistant United States Attorney

Dated: March 20, 2024               /s/ KELLAN S. PATTERSON
                                    KELLAN S. PATTERSON
                                    Counsel for Defendant
                                    JOSEPH WOLOSZYN

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 20, 2024               /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE